**No. 66878.**—Norman G. Jensen, Inc. *v.* United States, protest 60/7346 (Pembina).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.

**No. 66879.**—Walter Holm & Co. *v.* United States, protests 61/2438, etc. (Los Angeles).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat similar in all material respects to that the subject of Abstract 66197, the claim of the plaintiff was sustained.

June 26, 1962

**No. 66880.**—Davies, Turner & Co. *v.* United States, protest 61/16787. Plaintiff's application for rehearing granted.